DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANTHONY LAVERNE HILL,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D14-4227

[May 20, 2015]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Marc H. Gold, Judge; L.T. Case No. 99-22688 CF10A.

Anthony Laverne Hill, Doral, pro se.

Pamela Jo Bondi, Attorney General, Tallahassee, and Nancy Jack, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed. See Mendenhall v. State*, 48 So. 3d 740, 748 (Fla. 2010). *Compare Levine v. State*, 39 Fla. L. Weekly D2161 (Fla. 4th DCA Oct. 15, 2014) (certifying conflict with *Kelly v. State*, 137 So. 3d 2 (Fla. 1st DCA 2014), *petition for review granted*, No. SC14-916, 2014 WL 5093407 (Fla. Oct. 7, 2014)).

TAYLOR, CIKLIN and GERBER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***